# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD KIMMIE, | ) | CASE NO.: 1:06CV01302 |
| Plaintiff, | ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | |
| REGINALD WILKERSON, et al., | ) | **ORDER** |
| Defendants. | ) ) ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Limbert, submitted in this matter on January 18, 2007. Upon due consideration, and considering the objections having been filed by the Plaintiff, the Court adopts the Report and Recommended findings and conclusions of the Magistrate Judge and incorporates them herein. The Motion to Dismiss (Doc. #23) is DENIED but subject to refiling. Plaintiff's 120-day time limitation to serve the remaining defendants is extended for 45 days from the date of this Order. The Clerk of Court is ORDERED to make copies of the exhibits to the complaint for forwarding to the U.S. Marshal for service of process upon Defendant Alexander and Defendant Stabil, if and when Plaintiff obtains current addresses. Plaintiff may also seek service as allowed under the Ohio Civil Rules. Additionally, Plaintiff is to address all further pleadings, motions or other filings in this case to the Clerk of Court in Akron, Ohio at the following address:

Clerk of Court
U.S. District Court
Suite 568
2 South Main St.
Akron, Ohio 44308

So ordered.

      *s/      John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE