THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD KIMMIE, | ) | CASE NO.: 1:06CV1302 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD WILKERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Motion by Plaintiff (Doc. #34) to rule on his motion for preliminary injunction and objections to the Magistrate's order on 12/15/06 and on Plaintiff's filing Doc. #32 entitled "Motion." The Court finds Plaintiff's Motion for preliminary injunction and objections MOOT as the Court has previously ruled on these issues. Additionally, the Court finds the later motion to merely allege additional allegations against various prison officials and request the Court rule on the merits of the Complaint. However, the only remaining defendants in this case have not been served. The Court has provided Plaintiff with additional time to do so. Therefore, Plaintiff's letter entitled "Motion" (Doc. #32) is DENIED at this time as premature.

So ordered.

                                                                  ____s/ Judge John R. Adams_____
                                                                  JUDGE JOHN R. ADAMS
                                                                  UNITED STATES DISTRICT COURT