UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD KIMMIE, | ) | CASE NO.: 1:06CV1302 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD WILKERSON, et al., | ) | **ORDER AND DECISION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter comes before the Court on Objections to the Magistrate Judge's Interim Report and Recommendation ("Interim Report") by the Plaintiff, Edward Kimmie ("Plaintiff"). This action was referred to Magistrate Judge Limbert for a general pretrial supervision and a report and recommendation.  The Magistrate recommended that this Court deny as moot Plaintiff's request for a copy of the Docket and time-stamped copies of motions (ECF Docs. # 50 & 54).  The Magistrate further recommended that this Court deny Plaintiff's Motion for Summary Judgment.  (ECF Doc. #55)  Plaintiff filed objections to the Interim Report.  (ECF Docs. #61, 63, 64 & 65)  The Federal Magistrates Act requires a district court to conduct a de novo review of those portions of the Report to which an objection has been made.  28 U.S.C. §636(b)(1).  The Court has been advised, having reviewed the Motions, Interim Report, Plaintiff's Objections thereto, and applicable law.

    Having considered *de novo* those portions of the Magistrate's Interim Report to which objections were made by the Plaintiff, it is determined that there appears to be no factual disputes which would warrant a hearing.  It is further determined, based on a *de novo* review of

the record in light of Plaintiff's objections, this Court agrees with the conclusions of the Magistrate Judge and adopts the report and recommendation as its own. Therefore, the Report by the Magistrate Judge is ADOPTED IN WHOLE. As such, Plaintiff's Motion for Order (ECF Doc. #50) and Motion for Entry of Judgment (ECF Doc. #54) are DENIED AS MOOT. Additionally, Plaintiff's Motion for Summary Judgment (ECF Doc. #55) is DENIED No further articulation of the Court's reasoning need be provided. *Tuggle v. Seabold*, 806 F.2d 87, 92-93 (6th Cir. 1986).

So ordered.

       *s/      John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE